IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON LABORERS EMPLOYERS HEALTH AND WELFARE TRUST FUND, OREGON LABORERS EMPLOYERS PENSION TRUST FUND, OREGON & SOUTHERN IDAHO LABORERS-EMPLOYERS TRAINING TRUST FUND, OREGON LABORERS EMPLOYERS COOPERATION & EDUCATION TRUST, PREV AILING WAGE LAW ENFORCEMENT TRUST, CONTRACT ADMINISTRATION FUND, and CONSTRUCTION INDUSTRY DRUG FREE WORKPLACE PROGRAM TRUST,<br><br>      Plaintiffs,<br><br>v.<br><br>TIMOTHY COVINGTON,<br><br>      Defendant. | 03:11-CV-00026-PK<br><br>JUDGMENT |

    Based on the Court's Order (#27) issued January 20, 2012,

1 - JUDGMENT

the Court **DISMISSES** Plaintiffs' claims in their entirety **without prejudice**.

    IT IS SO ORDERED.

    DATED this 27th day of January, 2012.

                                        /s/ Anna J. Brown

                                        ANNA J. BROWN  
                                        United States District Judge