IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON LABORERS EMPLOYERS HEALTH AND WELFARE TRUST FUND, OREGON LABORERS EMPLOYERS PENSION TRUST FUND, OREGON & SOUTHERN IDAHO LABORERS-EMPLOYERS TRAINING TRUST FUND, OREGON LABORERS EMPLOYERS COOPERATION & EDUCATION TRUST, PREVAILING WAGE LAW ENFORCEMENT TRUST, CONTRACT ADMINISTRATION FUND, and CONSTRUCTION INDUSTRY DRUG FREE WORKPLACE PROGRAM TRUST, | 03:11-CV-00026-PK<br><br>JUDGMENT |

      Plaintiffs,

v.

TIMOTHY COVINGTON,

      Defendant.

    Based on the Court's Order (#27) issued January 20, 2012,

1 - JUDGMENT

the Court **DISMISSES** Plaintiffs' claims in their entirety **without prejudice**.

    IT IS SO ORDERED.

    DATED this 27th day of January, 2012.

                                             /s/ Anna J. Brown

                                          ANNA J. BROWN
                                          United States District Judge